# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-13387-AMC

KORON J. ENGLISH
KEREBA G. ENGLISH
213 Blueberry Court

Perkasie, PA 18944

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    KORON J. ENGLISH
    KEREBA G. ENGLISH
    213 Blueberry Court

    Perkasie, PA 18944

**Counsel for debtor(s), by electronic notice only.**
    DIANA M DIXON ESQUIRE
    107 N BROAD ST
    SUITE 307
    DOYLESTOWN, PA 18901

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

        /s/ William C. Miller

Date: 7/27/2016

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee