*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Koron J. English and Kereba G. English

   Debtor(s)

Case No: 16–13387–amc

Chapter: 13

---

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

"TIME CHANGE ONLY" MOTION FOR RELIEF FROM THE STAY RE: 19 E. MONTANA STREET, PHILADELPHIA, PA 19119 FILED BY NATIONSTAR MORTGAGE LLC REPRESENTED BY JOSHUA ISAAC GOLDMAN.

on: 11/22/16

at: 11:00 AM

in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  11/10/16

Timothy B. McGrath
Clerk of Court

20 – 17
Form 167