United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Koron J. English  
Kereba G. English  
        Debtors

Case No. 16-13387-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: BarbaraT     Page 1 of 1     Date Rcvd: Nov 10, 2016  
                     Form ID: 167       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2016.  
db/jdb       +Koron J. English,    Kereba G. English,    213 Blueberry Court,    Perkasie, PA 18944-5432

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr        E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2016 01:45:34     Synchrony Bank,  
   c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,  
   Miami, FL 33131-1605  
                                                                                                                TOTAL: 1

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2016 at the address(es) listed below:  
       ALEXANDRA T. GARCIA    on behalf of Creditor    Philadelphia Federal Credit Union  
        ecfmail@mwc-law.com  
       ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,  
        bkgroup@kmllawgroup.com  
       DIANA M. DIXON    on behalf of Debtor Koron J. English dianamdixonesq@gmail.com  
       DIANA M. DIXON    on behalf of Joint Debtor Kereba G. English dianamdixonesq@gmail.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,  
        bkgroup@kmllawgroup.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER     ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                                  TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Koron J. English and Kereba G. English
   Debtor(s)

Case No: 16−13387−amc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

"TIME CHANGE ONLY" MOTION FOR RELIEF FROM THE STAY RE: 19 E. MONTANA STREET, PHILADELPHIA, PA 19119 FILED BY NATIONSTAR MORTGAGE LLC REPRESENTED BY JOSHUA ISAAC GOLDMAN.

   on: 11/22/16

   at: 11:00 AM

   in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

Date: 11/10/16

For The Court

Timothy B. McGrath
Clerk of Court

20 − 17
Form 167