United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 16-13387-amc
Koron J. English                                                       Chapter 13
Kereba G. English
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi             Page 1 of 1          Date Rcvd: Dec 29, 2016
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2016.
db/jdb        +Koron J. English,   Kereba G. English,   213 Blueberry Court,   Perkasie, PA 18944-5432

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2016 at the address(es) listed below:
     ALEXANDRA T. GARCIA    on behalf of Creditor    Philadelphia Federal Credit Union
      ecfmail@mwc-law.com
     ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     ANN E. SWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union ecfmail@mwc-law.com,
      ecfmail@mwc-law.com
     DENISE ELIZABETH CARLON    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
     DIANA M. DIXON    on behalf of Joint Debtor Kereba G. English dianamdixonesq@gmail.com
     DIANA M. DIXON    on behalf of Debtor Koron J. English dianamdixonesq@gmail.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                  TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kereba G. English aka Kereba G. Perry<br>Koron J. English<br>    Debtors | CHAPTER 13 |
| NATIONSTAR MORTGAGE LLC<br>    Movant<br>vs. | NO. 16-13387 AMC |
| Kereba G. English aka Kereba G. Perry<br>Koron J. English<br>    Debtors | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>    Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Moving Party on the Debtor's residence is **$3,358.56**, which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | August 2016 through November 2016 at $843.21 |
| Suspense Balance: | $14.28 |
| **Total Post-Petition Arrears** | **$3,358.56** |

2. The Debtors shall cure said arrearages in the following manner;

b). Beginning January 2017 and continuing through June 2017, until the arrearages are cured, Debtors shall pay the present regular monthly payment of **$843.21** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$559.76** towards the arrearages on or before the last day of each month at the address below;

Nationstar Mortgage LLC
Attn: Bankruptcy Department
P.O. BOX 619094
Dallas, TX 75261
877-343-5602

   c). Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtors provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtors and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtors should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order7 granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date:   November 14, 2016

By: /s/ Denise Carlon, Esquire
Denise Carlon, Esquire
Thomas Puleo, Esquire
Attorneys for Movant
KML Law Group, P.C.
Main Number: (215) 627-1322

Date: 12-19-16

Diana M. Dixon Esq.
Attorney for Debtor(s)

Approved by the Court this 29th day of December, 2016. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Ashely M. Chan