## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:   Koron J. English and Kereba G. English aka Kereba G. Perry<br>            Debtors<br><br>Philadelphia Federal Credit Union, or its Successor or Assignee<br>            Movant<br>        vs.<br><br>William C. Miller, Trustee<br>Koron J. English and Kereba G. English aka Kereba G. Perry<br><br>            Respondents | Chapter 13<br>Bankruptcy No. 16-13387-amc |

### NOTICE OF MOTION, RESPONSE DEADLINE
### AND HEARING DATE

Philadelphia Federal Credit Union or its Successor or Assignee, filed a Motion for Relief from the Automatic Stay with the court requesting Relief from the automatic stay as to property at 3210 Wharton St, Philadelphia, Pennsylvania 19146.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before February 22, 2017, you or your attorney must do all of the following:

> (a) file an answer explaining your position at
>
> United States Bankruptcy Court
> For the Eastern District of Pennsylvania
> Robert N.C. Nix Sr. Federal Courthouse
> 900 Market Street, Suite 214
> Philadelphia, Pennsylvania 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

> (b) mail a copy to the movant's attorney:

>Ann E. Swartz, Esquire
>McCabe, Weisberg & Conway, P.C.
>123 S. Broad Street, Suite 1400
>Philadelphia, PA 19109
>Phone: 215-790-1010
>Fax: 215-790-1274

2.	If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.	A hearing on the motion is scheduled to be held before the Ashely M. Chan on  March 7, 2017, at 11:00a.m. in Courtroom #5, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 214, Philadelphia, Pennsylvania 19107.

4.	If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.	You may contact the Bankruptcy Clerk's office at (215) 408-2830 to find out whether the hearing has been canceled because no one filed an answer.

Date: February 8, 2017