LAW OFFICES
## McCABE, WEISBERG & CONWAY, P.C.

| | | |
|---|---|---|
| SUITE 210<br>145 HUGUENOT STREET<br>NEW ROCHELLE, NY 10801<br>(914)-636-8900<br>FAX (914) 636-8901 | SUITE 1400<br>123 SOUTH BROAD STREET<br>PHILADELPHIA, PA 19109<br>(215) 790-1010<br>**FAX** (215) 790-1274 | SUITE 2S06<br>1 HUNTINGTON QUADRANGLE<br>MELVILLE, NY 11747<br>(631) 812-4084<br>FAX: (855) 845-2584 |
| SUITE 201<br>216 HADDON AVENUE<br>WESTMONT, NJ 08108<br>(856) 858-7080<br>FAX (856) 858-7020 | | SUITE 102<br>1407 FOULK ROAD<br>FOULKSTONE PLAZA<br>WILMINGTON, DE 19803<br>(302) 409-3520<br>FAX 855-425-1980 |

February 8, 2017

William C. Miller
1234 Market Street
Suite 1813
Philadelphia, Pennsylvania 19107

Koron J. English
213 Blueberry Court
Perkasie, Pennsylvania 18944

Diana M. Dixon
Dixon Law Offices
107 N. Broad Street
Suite 307
Doylestown, Pennsylvania 18901

Kereba G. English aka Kereba G. Perry
213 Blueberry Court
Perkasie, Pennsylvania 18944

Re:  Philadelphia Federal Credit Union, or its Successor or Assignee vs. Koron J.
English and Kereba G. English aka Kereba G. Perry
Chapter 13/Bankruptcy No 16-13387-amc

Dear Parties:

Enclosed herewith please find a copy of the Motion for Relief which has been filed with the Clerk of the Bankruptcy Court, together with the Notice of Motion, Response Deadline and Hearing Date.

If you intend to file an answer and defend this motion, please contact us prior to the hearing at the number above.

Sincerely,

Lisa Tok, Paralegal for Ann E. Swartz
McCABE, WEISBERG AND CONWAY
AES/lt
Enclosure

cc:    Office of the US Trustee

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:   Koron J. English and Kereba G. English aka Kereba G. Perry<br><br>                              Debtors<br><br>Philadelphia Federal Credit Union, or its Successor or Assignee<br>                    Movant<br>          vs.<br><br>William C. Miller, Trustee<br>Koron J. English and Kereba G. English aka Kereba G. Perry<br>                    Respondents | Chapter 13<br>Bankruptcy No. 16-13387-amc |

## CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

   I, Ann E. Swartz, attorney for Philadelphia Federal Credit Union, hereby certify that I served a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: February 8, 2017

| | | |
|---|---|---|
| Koron J. English<br>213 Blueberry Court<br>Perkasie, Pennsylvania 18944<br><br>Kereba G. English aka Kereba G. Perry<br>213 Blueberry Court<br>Perkasie, Pennsylvania 18944 | Diana M. Dixon<br>Dixon Law Offices<br>107 N. Broad Street<br>Suite 307<br>Doylestown, Pennsylvania 18901<br>Attorney for Debtors | William C. Miller<br>1234 Market Street<br>Suite 1813<br>Philadelphia, Pennsylvania 19107<br>Trustee |

                              /s/ Ann E. Swartz
                              ANN E. SWARTZ, ESQUIRE, I.D. # 201926
                              CELINE P. DERKRIKORIAN, ESQUIRE - ID # 313673
                              ALEXANDRA T. GARCIA, ESQUIRE - ID # 307280
                              Attorney for Philadelphia Federal Credit Union
                              123 South Broad Street, Suite 1400
                              Philadelphia, PA 19109
                              Telephone: (215) 790-1010
                              Facsimile: (215) 790-1274
                              Email: ecfmail@mwc-law.com