# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Koron J. English and<br>Kereba G. English aka Kereba G. Perry<br><br>Debtors<br><br>Philadelphia Federal Credit Union, or its<br>Successor or Assignee<br>            Movant<br>    vs.<br><br>William C. Miller, Trustee<br>Koron J. English and<br>Kereba G. English aka Kereba G. Perry<br>            Respondents | Chapter 13<br>Bankruptcy No. 16-13387-AMC |

## ORDER APPROVING SETTLEMENT STIPULATION

It is hereby ORDERED that the Stipulation to Settle Motion of Philadelphia Federal Credit Union for Relief from the Automatic Stay is hereby APPROVED.

**Date: March 15, 2017**           _____
                                                            United States Bankruptcy Judge