United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Koron J. English
Kereba G. English
    Debtors

Case No. 16-13387-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: John    Page 1 of 1    Date Rcvd: Mar 15, 2017
    Form ID: pdf900    Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2017.
```
db/jdb        +Koron J. English,   Kereba G. English,    213 Blueberry Court,    Perkasie, PA 18944-5432
13726608      +Philadelphia Federal Credit Union,    12800 Townsend Road,    Philadelphia, PA 19154-1095
13726607      +Philadelphia Federal Credit Union,    PO Box 77404,    Trenton, NJ 08628-6404
13806288      +Philadelphia Federal Credit Union,    c/o Cenlar FSB,    425 Phillips Boulevard,
                Ewing, NJ 08618-1430
13751885      +Philadelphia Federal Credit Union,    c/o ALEXANDRA T. GARCIA,    McCabe, Weisberg & Conway, P.C.,
                123 South Broad Street, Suite 1400,    Philadelphia, PA 19109-1060
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Mar 16 2017 01:29:19      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 16 2017 01:29:09      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 16 2017 01:29:16      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: gecsedi@recoverycorp.com Mar 16 2017 01:18:02      Synchrony Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
                                                                                              TOTAL: 4
```

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2017    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2017 at the address(es) listed below:
```
              ALEXANDRA T. GARCIA    on behalf of Creditor    Philadelphia Federal Credit Union
               ecfmail@mwc-law.com
              ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              DIANA M. DIXON    on behalf of Debtor Koron J. English dianamdixonesq@gmail.com
              DIANA M. DIXON    on behalf of Joint Debtor Kereba G. English dianamdixonesq@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 10
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Koron J. English and<br>Kereba G. English aka Kereba G. Perry<br><br>Debtors<br><br>Philadelphia Federal Credit Union, or its<br>Successor or Assignee<br>　　　　　　Movant<br>　　　vs.<br><br>William C. Miller, Trustee<br>Koron J. English and<br>Kereba G. English aka Kereba G. Perry<br>　　　　　　Respondents | Chapter 13<br>Bankruptcy No. 16-13387-AMC |

**ORDER APPROVING SETTLEMENT STIPULATION**

It is hereby ORDERED that the Stipulation to Settle Motion of Philadelphia Federal Credit Union for Relief from the Automatic Stay is hereby APPROVED.

**Date: March 15, 2017**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge