United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-13387-amc
Koron J. English                                                                Chapter 13
Kereba G. English
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1              Date Rcvd: Jun 15, 2017
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2017.
13748452        +Nelnet on behalf of ASA,   American Student Assistance,   100 Cambridge Street Suite 1600,
                 Boston MA 02114-2567

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2017                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2017 at the address(es) listed below:
          ALEXANDRA T. GARCIA   on behalf of Creditor   Philadelphia Federal Credit Union
           ecfmail@mwc-law.com
          ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          ANN E. SWARTZ    on behalf of Creditor   Philadelphia Federal Credit Union ecfmail@mwc-law.com,
           ecfmail@mwc-law.com
          DENISE ELIZABETH CARLON   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          DIANA M. DIXON   on behalf of Debtor Koron J. English dianamdixonesq@gmail.com
          DIANA M. DIXON   on behalf of Joint Debtor Kereba G. English dianamdixonesq@gmail.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          THOMAS I. PULEO   on behalf of Creditor   NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                      TOTAL: 11

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-13387-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Koron J. English
213 Blueberry Court
Perkasie PA 18944

Kereba G. English
213 Blueberry Court
Perkasie PA 18944

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/14/2017.

Name and Address of Alleged Transferor(s):

Claim No. 7: Nelnet on behalf of ASA, American Student Assistance, 100 Cambridge Street Suite 1600, Boston MA 02114

Name and Address of Transferee:

ECMC
PO BOX 16408
ST. PAUL, MN 55116-0408

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/17/17

Tim McGrath
**CLERK OF THE COURT**