**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


**IN RE**:  Koron J. English                         Bankruptcy No. 16-13387
Kereba G.English aka
Kereba G. Perry
                    Debtors                      Chapter 13

Fifth Third Bank
                    Movant
                 v.

Koron J. English
Kereba G.English aka
Kereba G. Perry
                    Debtors

William C. Miller, Esq.
                    Trustee


**DEBTORS' ANSWER TO**
**MOTION OF FIFTH THIRD BANK**
**FOR RELIEF FROM THE AUTOMATIC STAY**


**AND NOW,** come the Debtors, Koron J.. English and Kereba G. English, by and through their Attorney, Diana M. Dixon, and respectfully answers as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Denied. Strict proof is demanded at trial. By way of further answer, Debtors paid $800.00 to Fifth Third Bank on October 27, 2017.

9. Denied. Strict proof is demanded at trial.

10. Denied. Strict proof is demanded at trial.

11. Denied. Strict proof is demanded at trial.

**WHEREFORE**, Debtors pray that this Honorable Court deny the Movant's Motion for Relief from the Automatic Stay.

Respectfully submitted,

<u>S/Diana M. Dixon, Esquire</u>
**DIANA M. DIXON, ESQUIRE**
Attorney For Debtors
107 North Broad Street - Suite 307
Doylestown, PA 18901
(215) 348-1500