UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Koron J. English                                      Bankruptcy No. 16-13387
        Kereba G.English aka
        Kereba G. Perry
                Debtors                               Chapter 13

        Fifth Third Bank
                Movant
                v.

        Koron J. English
        Kereba G.English aka
        Kereba G. Perry
                Debtors

        William C. Miller, Esq.
                Trustee

## CERTIFICATION OF SERVICE

Diana M. Dixon, Attorney for the Debtors, did serve by first class mail or by electronic means on November 4, 2017, a copy of Debtors' Answer to Motion for Relief from Automatic Stay to the following persons at the addresses listed below:

William C. Miller, Esq.
P.O. Box 40119
Philadelphia, PA 19116

Koron J. & Kereba G. English
213 Blueberry Court
Perkasie, PA  18944

United States Trustee
833 Chestnut Street – Suite 500
Philadelphia, PA 19107

KML Law Group, PC
ATTN: Rebecca A. Solarz, Esq.
701 Market Street
Suite 5000
Philadelphia, PA  19106

The Deponent verifies that the statements herein are true and correct, and understands that false statements herein are made subject to the penalties of 18 PA C.S. 4904, relating to unsworn falsification to authorities.

<u>S/Diana M. Dixon</u>
**DIANA M. DIXON**
Attorney for Debtors
107 North Broad Street     Suite 307
Doylestown, PA 18901