**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE**:  Koron J. English            Bankruptcy No. 16-13387
       and

Kereba G. English
        Debtors          Chapter 13

# PRAECIPE TO AMEND

**TO THE CLERK**:

Kindly amend the petition and docket as follows:

(  ) Correct the address of Debtor(s)

(  ) Correct the name of Debtor(s)

(  ) Correct the address of counsel

(  ) Correct the name of counsel

( XX ) Other - Change the address of Debtor (s)

Kindly amend the petition of the Debtor as follows:

**Amend Debtor's Address:  (New Address)**

**19 E. Montana Street
Philadelphia, Pa  19119**

                            S/Diana M. Dixon
                            Diana M. Dixon
                            107 N. Broad Street
                            Suite 307
                            Doylestown, PA 18901