**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE**:  Koron J. English<br>         and<br>       Kereba G. English<br>              Debtors | Bankruptcy No. 16-13387<br><br>Chapter 13 |

**CERTIFICATION OF NO RESPONSE**

**Diana M. Dixon**, Attorney for the Debtors in the above-captioned matter, hereby certifies that no answer, objection or other responsive pleading has been filed by any creditor or other interested party in regard to the Application for Counsel Fees on or before July 31, 2018 which is more than twenty (21) days from when the Notice and/or Fee Application was served.

S/Diana M. Dixon
Diana M. Dixon