```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                          Case No. 16-13387-amc
Koron J. English                                                Chapter 13
Kereba G. English
        Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John              Page 1 of 1           Date Rcvd: Aug 02, 2018
                              Form ID: pdf900         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2018.
db/jdb         +Koron J. English,   Kereba G. English,   19 E. Montana Street,   Philadelphia, PA 19119-2211

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 03 2018 01:59:50     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2018 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    Philadelphia Federal Credit Union
               ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              DIANA M. DIXON    on behalf of Joint Debtor Kereba G. English dianamdixonesq@gmail.com
              DIANA M. DIXON    on behalf of Debtor Koron J. English dianamdixonesq@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 14

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE**: Koron J. English  
and  
Kereba G. English  
Debtors

Bankruptcy No. 16-13387

Chapter 13

## ORDER

**AND NOW**, upon consideration of the Application for Compensation filed by the Debtors' Counsel, and upon the Applicant's certification that proper service has been made on all interested parties, and upon the Applicant's certification of no response,

It is **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation/Reimbursement in the amount of **$3,310.00** is **ALLOWED** in favor of the Applicant.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth in paragraph 2 above as an administrative expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. Section 503 (b) and 11 U.S.C. Section 330 (a) (4) (B) less **$1,810.00,** which was paid by the Debtors prepetition.

4. Reimbursement of expenses in the amount of **$310.00** for the filing fee is allowed.

5. The total amount to be paid by the Trustee is **$1,500.00**.

6. If the Applicant has not already taken reimbursement of **$310.00** from amount paid by the Debtors to the Applicant prepetition (e.g. by transferring the filing fee amount from a trust account to an operating account), the Applicant is now authorized to do so.

**Date: August 2, 2018**

_____
**Judge Ashely M. Chan
United States Bankruptcy Judge
Robert N.C. Nix Building
900 Market Street, Suite 400
Philadelphia, PA 19107-4299**