Certificate Number: 15317-PAE-DE-034437329

Bankruptcy Case Number: 16-13387



15317-PAE-DE-034437329

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 9, 2020</u>, at <u>9:38</u> o'clock <u>PM PDT</u>, <u>Koron J English</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>May 9, 2020</u>  By:  <u>/s/Mariel Macrohon</u>

Name:  <u>Mariel Macrohon</u>

Title:  <u>Counselor</u>