## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

**SUBSTITUTION OF APPEARANCE
BY ANN E. SWARTZ, ESQUIRE, IN
VARIOUS OPEN CASES AND ENTRY
OF APPEARANCE OF LAUREN M.
MOYER, ESQUIRE, IN VARIOUS
OPEN CASES**

## <u>PRAECIPE TO SUBSTITUTE APPEARANCE</u>

Kindly withdraw the appearance of Ann E. Swartz, Esquire, and substitute the

appearance of Lauren M. Moyer, Esquire, in the cases listed in Exhibit A hereto.


Respectfully submitted,


Date:  <u>February 26, 2021</u>

/s/ Ann E. Swartz
ANN E. SWARTZ, ESQUIRE ID #201926
LAUREN M. MOYER, ESQUIRE ID # 320589
McCabe, Weisberg & Conway, LLC
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com

Date:  <u>February 26, 2021</u>

/s/ Lauren M. Moyer
ANN E. SWARTZ, ESQUIRE ID #201926
LAUREN M. MOYER, ESQUIRE ID # 320589
McCabe, Weisberg & Conway, LLC
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**                    *Exhibit  A*

*Pending Cases for:*          *SWARTZ   ANN      E.*          *as of:*  *03/16/2021*      *12:22:58 pm*      <u>*terminated*</u>                    <u>*case terminated*</u>
*Total Pending cases for this attorney:*          *390*

| <u>Chapter</u> | <u>Judge</u> | <u>Case Number</u> | <u>Title</u> |
|---|---|---|---|
| 7 | mdc | 11-11134-mdc | Keith Pelzer and Bertina Pelzer |
| | | *Party represented:* | *cr*          *J.P. Morgan Chase Bank, N.A., as Servicer* |
| 13 | mdc | 14-17628-mdc | Sausan E. Kassar |
| | | *Party represented:* | *cr*          *WELLS FARGO BANK, N.A.* |
| 13 | elf | 15-13989-elf | Debra M. Berger |
| | | *Party represented:* | *cr*          *LSF9 Master Participation Trust* |
| 13 | pmm | 15-14980-pmm | Lisa Kochel |
| | | *Party represented:* | *cr*          *Bayview Loan Servicing, LLC* |
| 13 | amc | 15-15236-amc | Diane E. Horn |
| | | *Party represented:* | *cr*          *VOLT Asset Holdings Trust XVI* |
| 13 | mdc | 15-15254-mdc | Paola Garcia |
| | | *Party represented:* | *cr*          *Ditech Financial LLC f/k/a Green Tree Servicing LLC* |
| 13 | elf | 15-15794-elf | Emma Vinokur |
| | | *Party represented:* | *cr*          *Bank of America, N.A.* |
| 13 | mdc | 15-15811-mdc | Robertin Nunez |
| | | *Party represented:* | *cr*          *Specialized Loan Servicing LLC* |
| 13 | elf | 15-16196-elf | Joel E. Troutman and Melissa Troutman |
| | | *Party represented:* | *cr*          *LSF8 Master Participation Trust* |
| 13 | elf | 15-16570-elf | Kenneth J. Baker and Carolyn W. Baker |
| | | *Party represented:* | *cr*          *E*TRADE BANK* |

| 13 | elf | | *Select 10-13 Months and returns status* | | *The Agents Trust Company* |
| | | | *Party represented:* | | |

| 13 | elf | 15-17140-elf | Timothy Andrew Wright and Leah Siemiarowski Wright | | |
| | | | *Party represented:* | *cr* | *Mid America Mortgage* |
| | | | *Party represented:* | *cr* | *Mid America Mortgage, Inc.* |

| 13 | elf | 15-18458-elf | Kathleen P. Long | | |
| | | | *Party represented:* | *cr* | *Ditech Financial LLC F/K/A Green Tree Servicing LLC* |

| 13 | elf | 15-18481-elf | Sabrina Thigpen | | |
| | | | *Party represented:* | *cr* | *Bayview Loan Servicing, LLC, A Delaware Limited Liability Company* |
| | | | *Party represented:* | *cr* | *Bayview Loan Servicing, LLC, a Delaware Limited Liability Company* |
| | | | *Party represented:* | *cr* | *Bayview Loan Servicing, a Delaware Limited Liability Company* |

| 13 | pmm | 15-18726-pmm | Tammy Lee Nystrand and Randy Greg Nystrand, Jr. | | |
| | | | *Party represented:* | *cr* | *Bank of America, N.A.* |

| 13 | elf | 15-18738-elf | Cherita Aniquee Groce | | |
| | | | *Party represented:* | *cr* | *MB Financial Bank, National Association* |

| 13 | elf | 15-18741-elf | Tammy L. Schwartz | | |
| | | | *Party represented:* | *cr* | *Bayview Loan Servicing, LLC* |
| | | | *Party represented:* | *cr* | *Bayview Loan Servicing, LLC, a Delaware Limited Liability Company* |

| 13 | amc | 15-18798-amc | Roseanne Margurite Larosa | | |
| | | | *Party represented:* | *cr* | *Ditech Financial LLC* |

| 13 | pmm | 15-19073-pmm | Michael D. Erdman | | |
| | | | *Party represented:* | *cr* | *BAYVIEW LOAN SERVICING, LLC* |

| 13 | mdc | 15-19200-mdc | Ronald Massey and Rosemarie Massey | | |
| | | | *Party represented:* | *cr* | *Freedom Mortgage Corporation* |

| 13 | elf | 16-10169-elf | Sharon L Baxter | | |
| | | *Party represented:* | | *cr* | *Citizens Bank N.A. f/k/a RBS Citizens N.A.* |

| 13 | mdc | 16-10480-mdc | Kevin Clancy and Jo-Anne Clancy | | |
| | | *Party represented:* | | *cr* | *Navy Federal Credit Union* |

| 13 | mdc | 16-10549-mdc | Junius Bervine and Brenda S. Bervine | | |
| | | *Party represented:* | | *cr* | *Bayview Loan Servicing, a Delaware Limited Liability Company* |

| 13 | mdc | 16-10712-mdc | Eva Camacho | | |
| | | *Party represented:* | | *cr* | *HSBC Mortgage Services, Inc., or its Successor or Assignee* |

| 13 | mdc | 16-10872-mdc | Edward Mauser | | |
| | | *Party represented:* | | *cr* | *Federal National Mortgage Association* |

| 13 | amc | 16-10935-amc | Brian Cardwell and Diane Cardwell | | |
| | | *Party represented:* | | *cr* | *Carrington Mortgage Services, LLC, as Servicing Agent for Wilmington Savings Fund Society FSB as Trustee for Upland Mortgage Loan Trust A* |
| | | *Party represented:* | | *cr* | *VOLT Participation Trust 2011-NPL2, or its Successor or Assignee* |
| | | *Party represented:* | | *cr* | *Wilmington Savings Fund Society FSB as trustee* |

| 13 | elf | 16-11370-elf | Christine M. Ezzyk | | |
| | | *Party represented:* | | *cr* | *Bank of America, N.A.* |

| 13 | mdc | 16-12147-mdc | Merrel G. Driver | | |
| | | *Party represented:* | | *cr* | *Ditech Financial LLC* |

| 13 | mdc | 16-12864-mdc | Simon Sop | | |
| | | *Party represented:* | | *cr* | *Pingora Loan Servicing, LLC* |

| 13 | elf | 16-12980-elf | Barbara A. Butkiewicz | | |
| | | *Party represented:* | | *cr* | *Navy Federal Credit Union* |

| 13 | mdc | 16-12987-mdc | Troy Cochran and Tyra Cochran | | |
| | | *Party represented:* | | *cr* | *Bank of America, N.A.* |

| 13 | mdc | 16-13387-mdc | Koron J. English and Jiutaret A. English |
|----|-----|--------------|------------------------------------------|
|    |     | *Party represented:* | *cr* | *Philadelphia Federal Credit Union* |

| 13 | amc | 16-13630-amc | Eugene R. Cook and Mary Ann Cook |
|----|-----|--------------|----------------------------------|
|    |     | *Party represented:* | *cr* | *CIT Bank, N.A.* |

| 13 | elf | 16-13864-elf | Kyle Jason Saylor |
|----|-----|--------------|-------------------|
|    |     | *Party represented:* | *cr* | *TIAA, FSB* |

| 13 | amc | 16-13976-amc | Wanda D. Rucker |
|----|-----|--------------|-----------------|
|    |     | *Party represented:* | *cr* | *LoanCare, LLC* |

| 13 | elf | 16-14035-elf | Melissa E. Dondero |
|----|-----|--------------|--------------------|
|    |     | *Party represented:* | *cr* | *Ditech Financial, LLC* |

| 13 | elf | 16-14053-elf | Youssou Diagne |
|----|-----|--------------|----------------|
|    |     | *Party represented:* | *cr* | *U.S. Bank Trust National Association, as Trustee of the Igloo Series II Trust* |

| 13 | elf | 16-14091-elf | Augustus J. Bono and Robyn A. Bono |
|----|-----|--------------|------------------------------------|
|    |     | *Party represented:* | *cr* | *Citizens Bank of PA* |

| 13 | amc | 16-14127-amc | Edgardo Deguzman |
|----|-----|--------------|------------------|
|    |     | *Party represented:* | *cr* | *CMG Mortgage, Inc.* |

| 13 | mdc | 16-14276-mdc | Derek W. Hester |
|----|-----|--------------|-----------------|
|    |     | *Party represented:* | *cr* | *Bayview Loan Servicing, LLC, a Delaware Limited Liability Company* |

| 13 | pmm | 16-14829-pmm | Ihor Serba |
|----|-----|--------------|------------|
|    |     | *Party represented:* | *cr* | *American Financial Resources, Inc* |

| 13 | elf | 16-14951-elf | Steven Feyh and Alice Feyh |
|----|-----|--------------|----------------------------|
|    |     | *Party represented:* | *cr* | *Federal National Mortgage Association (Fannie Mae)* |

| 13 | elf | 16-15235-elf | John F. Skrocki and Kathleen Skrocki |
|----|-----|--------------|--------------------------------------|
|    |     | *Party represented:* | *cr* | *E Trade Bank* |

| 13 | amc | | | *Isela Stillagoli Filpo and Ricardo Filpo* | | *Ditech Financial LLC fka Green Tree Servicing LLC* |

| 13 | mdc | 16-16130-mdc | Anthony F. Auletta and Theresa Kathleen Auletta | | | |
| | | | Party represented: | | cr | *LSF8 Master Participation Trust* |

| 13 | elf | 16-16663-elf | Jennifer L. Paullin | | | |
| | | | Party represented: | | cr | *FIFTH THIRD MORTGAGE COMPANY* |
| | | | Party represented: | | cr | *Fifth Third Bank as Successor by Merger to Fifth Third Mortgage Company* |

| 13 | elf | 16-16707-elf | Edward MacEntee | | | |
| | | | Party represented: | | cr | *Bayview Loan Servicing, LLC* |
| | | | Party represented: | | cr | *Bayview Loan Servicing, LLC, a Delaware Limited Liability Company* |

| 13 | mdc | 16-16733-mdc | Francisco Rosario, Jr. and Siomaira Rosario | | | |
| | | | Party represented: | | cr | *BAYVIEW LOAN SERVICING, LLC* |

| 13 | pmm | 16-16858-pmm | Anthony J. Olszewski, II and Colleen Kay Olszewski | | | |
| | | | Party represented: | | cr | *Truist Bank, formerly known as Branch Banking and Trust Company* |

| 13 | elf | 16-17188-elf | David Mantovani | | | |
| | | | Party represented: | | cr | *LoanCare, LLC* |

| 13 | mdc | 16-17189-mdc | Thomas L. Ratcliffe and Laura L. Ratcliffe | | | |
| | | | Party represented: | | cr | *LoanCare, LLC* |

| 13 | amc | 16-17250-amc | Amy L. McCaa | | | |
| | | | Party represented: | | cr | *HSBC Bank USA* |

| 13 | pmm | 16-17349-pmm | Joseph Sharga and Marian Sharga | | | |
| | | | Party represented: | | cr | *CIT Bank, N.A.* |

| 13 | mdc | 16-17647-mdc | Louis Henry Silvestri | | | |
| | | | Party represented: | | cr | *Bayview Loan Servicing, LLC, a Delaware Limited Liability Company* |

| 13 | pmm | | | *Party represented:* | *cr* | *Ditech Financial LLC fka Green Tree Servicing LLC* |
|----|-----|--|--|--|--|--|
| | | | | *Party represented:* | *cr* | *LoanCare, LLC* |
| 13 | amc | 16-18037-amc | Tracey D. Grant | | | |
| | | | *Party represented:* | *cr* | | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | amc | 16-18326-amc | David G. Hamilton and Alexandra L. Hamilton | | | |
| | | | *Party represented:* | *cr* | | *Bayview Loan Servicing, LLC* |
| 13 | pmm | 16-18412-pmm | John Wesley Jackson | | | |
| | | | *Party represented:* | *cr* | | *Bank of America, N.A.* |
| 13 | mdc | 16-18458-mdc | Bernadette J Torres | | | |
| | | | *Party represented:* | *cr* | | *CITIZENS BANK NA f/k/a RBS CITIZENS NA* |
| | | | *Party represented:* | *cr* | | *Citizens Bank NA f/k/a RBS Citizens NA* |
| 13 | amc | 16-18570-amc | Zaneta Marie Stewart | | | |
| | | | *Party represented:* | *cr* | | *BANK OF AMERICA, N.A.* |
| 13 | pmm | 16-18736-pmm | Rose Marie Klim | | | |
| | | | *Party represented:* | *cr* | | *CIT Bank, N.A.* |
| 13 | amc | 16-18741-amc | Mary Anne Kazlauskas | | | |
| | | | *Party represented:* | *cr* | | *CIT Bank, N.A.* |
| 13 | mdc | 16-18880-mdc | Pamela Ann Reynaud | | | |
| | | | *Party represented:* | *cr* | | *Lakeview Loan Servicing, LLC* |
| 13 | pmm | 17-10024-pmm | Jesse M. Hydro, Sr. | | | |
| | | | *Party represented:* | *cr* | | *Fulton Bank, N.A.* |
| 13 | mdc | 17-10220-mdc | Tammy Lee Burd | | | |
| | | | *Party represented:* | *cr* | | *Specialized Loan Servicing LLC* |

| 13 | elf | 16-13887-mdc | Steven DiCicero and Heather DiCicero | | |
| | | | Party represented: | cr | *Federal National Mortgage Association* |

| 13 | pmm | 17-10621-pmm | Eileen J. DiVincenzo | | |
| | | | Party represented: | cr | *BAYVIEW LOAN SERVICING, LLC* |
| | | | Party represented: | cr | *Bayview Loan Servicing, LLC, a Delaware Limited Liability Company* |

| 13 | amc | 17-10698-amc | Joseph M Lewis, Jr. and Barbara Lewis | | |
| | | | Party represented: | cr | *Matrix Financial Services Corporation* |

| 13 | mdc | 17-10756-mdc | Todd A. Trice and Melissa Trice | | |
| | | | Party represented: | cr | *BAYVIEW LOAN SERVICING, LLC* |
| | | | Party represented: | cr | *Bayview Loan Servicing, LLC, a Delaware Limited Liability Company* |

| 13 | mdc | 17-10865-mdc | Tammi N. Washington | | |
| | | | Party represented: | cr | *Ditech Financial LLC* |

| 13 | amc | 17-10888-amc | Valerie R McDonald | | |
| | | | Party represented: | cr | *KHF Lending, LLC* |
| | | | Party represented: | cr | *M&T Bank* |

| 13 | mdc | 17-11199-mdc | Joseph H Do | | |
| | | | Party represented: | cr | *LoanCare, LLC* |
| | | | Party represented: | cr | *United Shore Financial Services, LLC d/b/a United Wholesale Mortgage* |

| 13 | amc | 17-11442-amc | Joanne N Pallas | | |
| | | | Party represented: | cr | *Firstrust Bank* |

| 13 | elf | 17-12706-elf | Franchesca T. Yancey | | |
| | | | Party represented: | cr | *BAYVIEW LOAN SERVICING, LLC* |
| | | | Party represented: | cr | *Bayview Loan Servicing, LLC* |

| 13 | elf | 17-13687-mdc | Menuchas Rochel Mance | | |
| | | | Party represented: | cr | *Bayview Loan Servicing, LLC, a Delaware Limited Liability Company* |
| 13 | mdc | 17-13384-mdc | Marilyn M. Rice | | |
| | | | Party represented: | cr | *Bayview Loan Servicing, LLC* |
| | | | Party represented: | cr | *Bayview Loan Servicing, LLC, a Delaware Limited Liability Company* |
| | | | Party represented: | cr | *Community Loan Servicing, LLC* |
| 13 | elf | 17-13685-elf | Joann V Fithian | | |
| | | | Party represented: | cr | *US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST* |
| 13 | mdc | 17-14037-mdc | Kendell Harris and Justin Silas Harris | | |
| | | | Party represented: | cr | *LakeView Loan Servicing, LLC* |
| 13 | amc | 17-14200-amc | Donna M Robinson | | |
| | | | Party represented: | cr | *LSF9 Master Participation Trust* |
| 13 | mdc | 17-14307-mdc | Pete L Wilson, Sr. | | |
| | | | Party represented: | cr | *Lakeview Loan Servicing, LLC* |
| 13 | elf | 17-14342-elf | William J Carroll | | |
| | | | Party represented: | cr | *Federal National Mortgage Association (Fannie Mae)* |
| 13 | mdc | 17-14407-mdc | Mark A. Walls and Jacqueline Walls | | |
| | | | Party represented: | cr | *HPMC Solutions, LLC* |
| 13 | mdc | 17-14414-mdc | John G LaMarra, Jr. | | |
| | | | Party represented: | cr | *Caliber Home Loans, Inc.* |
| 13 | mdc | 17-14421-mdc | Maxie D. Miller | | |
| | | | Party represented: | cr | *BAYVIEW LOAN SERVICING, LLC* |
| 13 | mdc | 17-14575-mdc | Charles H. Mitchell, Jr. | | |
| | | | Party represented: | cr | *BAYVIEW LOAN SERVICING, LLC* |

| 13 | mdc | 15-18887-mdc | Anthony A. Rodrigo | | |
| | | | Party represented: | cr | PNC Bank, National Credit Union |
| 13 | amc | 17-14600-amc | Adela Falquez | | |
| | | | Party represented: | cr | LSF9 MASTER PARTICIPATION TRUST |
| 13 | amc | 17-14729-amc | Jessenia M Lavin | | |
| | | | Party represented: | cr | 360 Mortgage Group, LLC |
| 13 | mdc | 17-14786-mdc | Susan L. Boyle | | |
| | | | Party represented: | cr | BANK OF AMERICA, N.A. |
| 13 | amc | 17-14978-amc | Lauren O&#039;Leary | | |
| | | | Party represented: | cr | Specialized Loan Servicing LLC |
| | | | Party represented: | cr | Specialized Loan Servicing, LLC |
| 13 | amc | 17-15048-amc | Larry Harling | | |
| | | | Party represented: | cr | CIT Bank, N.A. |
| 13 | mdc | 17-15233-mdc | Sophia Loren Cecelia Shuler | | |
| | | | Party represented: | cr | Navy Federal Credit Union |
| 13 | mdc | 17-15238-mdc | Arnetha A. Reaves | | |
| | | | Party represented: | cr | HSBC BANK USA, N.A. |
| 13 | elf | 17-15329-elf | Michael Peter Moreni and Kathryn Ann Moreni | | |
| | | | Party represented: | cr | Carrington Mortgage Services, LLC |
| | | | Party represented: | cr | Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2005-2 |
| 13 | elf | 17-15407-elf | James J McGilligan and Elizabeth A McGilligan | | |
| | | | Party represented: | cr | Specialized Loan Servicing LLC |
| 13 | pmm | 17-16056-pmm | Martin P. Bertie and Linda L. Bertie | | |
| | | | Party represented: | cr | CIT Bank, N.A |

Park of Enyield Weld Cortgage A. D. Trust for
Mortgage Asset Management Series I Trust

| 13 | amc | 17-16966-amc | John Horcher, Sr. | | |
| | | | Party represented: | cr | Navy Federal Credit Union |

| 13 | elf | 17-16979-elf | Jason J. Cancel and Kimberly A. Cancel | | |
| | | | Party represented: | cr | Specialized Loan Servicing LLC |

| 13 | mdc | 17-16980-mdc | Gordon Michael McMullan | | |
| | | | Party represented: | cr | Lakeview Loan Servicing, LLC. |

| 13 | elf | 17-17130-elf | Ngoon Yin Lee | | |
| | | | Party represented: | cr | Firstrust Bank |

| 13 | mdc | 17-17247-mdc | Yvonne Coulter | | |
| | | | Party represented: | cr | Cenlar FSB |

| 13 | amc | 17-17254-amc | John J. Allen, Jr. and Trina L. Allen | | |
| | | | Party represented: | cr | LoanCare, LLC |

| 13 | mdc | 17-17359-mdc | Sheila Goodman | | |
| | | | Party represented: | cr | American Advisors Group |

| 13 | amc | 17-17382-amc | Jason M. Lesko and Megan Alayna Gay-Lesko | | |
| | | | Party represented: | cr | Navy Federal Credit Union |

| 13 | amc | 17-17799-amc | Hassan Stringfield and Dorcia Stringfield | | |
| | | | Party represented: | cr | LakeView Loan Servicing, LLC |

| 13 | elf | 17-17916-elf | Nora Taylor | | |
| | | | Party represented: | cr | MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN ASM&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB |

| 13 | amc | 17-18057-amc | Brad Thomas Stauffer | | |
| | | | Party represented: | cr | Fulton Bank, N.A. |

| 13 | elf | 17-18123-elf | Denise A Guest and Ellison Guest | | |
| | | | Party represented: | cr | Sun West Mortgage Company, Inc. |

| | | | | |
|---|---|---|---|---|
| 13 | pmm | 17-18087-mdc | Sandra L. Fuhrman | |
| | | *Party represented:* | *cr* | *Fulton Bank, N.A.* |
| 13 | pmm | 17-18258-pmm | Ashley Nicole Chicca | |
| | | *Party represented:* | *cr* | *CALIBER HOME LOANS, INC.* |
| 13 | pmm | 17-18268-pmm | Rebekah Sarah Armusik | |
| | | *Party represented:* | *cr* | *LSF10 Master Participation Trust* |
| 13 | elf | 17-18369-elf | Sidney H. Jones, IV | |
| | | *Party represented:* | *cr* | *Navy Federal Credit Union* |
| 13 | pmm | 17-18416-pmm | Richard J. Andrews and Audrey A. Andrews | |
| | | *Party represented:* | *cr* | *Lakeview Loan Servicing, LLC* |
| 13 | pmm | 17-18480-pmm | Mark Harrison Young | |
| | | *Party represented:* | *cr* | *OneWest Bank, FSB.* |
| | | *Party represented:* | *cr* | *Specialized Loan Servicing, LLC* |
| 13 | elf | 18-10157-elf | Miguel A Carrero | |
| | | *Party represented:* | *cr* | *NATIONWIDE BANK* |
| | | *Party represented:* | *cr* | *Nationwide Bank c/o LoanCare, LLC* |
| 13 | pmm | 18-10177-pmm | Kelly A Piehl | |
| | | *Party represented:* | *cr* | *LSF10 MASTER PARTICIPATION TRUST* |
| 13 | mdc | 18-10232-mdc | Edward J. Crohe and Jennifer C. Crohe | |
| | | *Party represented:* | *cr* | *Lakeview Loan Servicing, LLC* |
| 13 | pmm | 18-10379-pmm | Timothy Hen and Tiffany Hen | |
| | | *Party represented:* | *cr* | *Freedom Mortgage Corporation* |
| 13 | pmm | 18-10431-pmm | Roy S. Benasaraf | |
| | | *Party represented:* | *cr* | *LoanCare, LLC* |

| 13 | amc | | Joseph D. Kramer and Heather | | |
| | | | Party represented: | *cr* | *Specialized Loan Servicing LLC* |

| 13 | elf | 18-10753-elf | Beverly Glover | | |
| | | | Party represented: | *cr* | *Lakeview Loan Servicing, LLC* |

| 13 | amc | 18-10767-amc | Tonya Anita Johnson | | |
| | | | Party represented: | *cr* | *CMG Mortgage, Inc.* |

| 13 | amc | 18-10794-amc | Sarah C. Jones | | |
| | | | Party represented: | *cr* | *CITIZENS BK PENNSYLVANIA* |
| | | | Party represented: | *cr* | *Citizens Bank of Pennsylvania* |

| 13 | mdc | 18-10832-mdc | Tina M. Traitz | | |
| | | | Party represented: | *cr* | *Bayview Loan Servicing, LLC* |

| 13 | amc | 18-10920-amc | Randolph J. Rivera | | |
| | | | Party represented: | *cr* | *Bayview Loan Servicing, LLC, a Delaware Limited Liability Company* |

| 13 | pmm | 18-11034-pmm | Robert Castellano | | |
| | | | Party represented: | *cr* | *Bayview Loan Servicing, LLC, a Delaware Limited Liability Company* |

| 13 | pmm | 18-11068-pmm | Patty Ann Paules | | |
| | | | Party represented: | *cr* | *Live Well Financial Inc* |
| | | | Party represented: | *cr* | *Reverse Mortgage Funding LLC* |

| 13 | mdc | 18-11086-mdc | Shamsudeen M. Said and Minhaj T. Said | | |
| | | | Party represented: | *cr* | *CITIZENS BANK NA f/k/a RBS CITIZENS NA* |
| | | | Party represented: | *cr* | *Federal National Mortgage Association (Fannie Mae)* |
| | | | Party represented: | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |

| 13 | elf | 18-11159-elf | Steven E Fraction and Rhonda L Fraction | | |
| | | | Party represented: | *cr* | *Specialized Loan Servicing LLC* |

| 13 | elf | 18-11175-elf | Stephen F. Mankowski | | |
| | | | *Party represented:* | *cr* | *State Farm Bank, FSB* |

| 13 | mdc | 18-11225-mdc | Philip Edward Bush | | |
| | | | *Party represented:* | *cr* | *Loandepot.Com, LLC* |

| 13 | mdc | 18-11229-mdc | Yvonne Jones | | |
| | | | *Party represented:* | *cr* | *Bank of America, N.A.* |

| 13 | elf | 18-11419-elf | Joseph D Winkis and Kathleen K Winkis | | |
| | | | *Party represented:* | *cr* | *CITIBANK, N.A.* |

| 13 | mdc | 18-11549-mdc | Michael J. Wooden | | |
| | | | *Party represented:* | *cr* | *Lakeview Loan Servicing, LLC* |

| 13 | pmm | 18-11684-pmm | Owen Jones and Sharon Jones | | |
| | | | *Party represented:* | *cr* | *Finance of America Reverse, LLC* |

| 13 | pmm | 18-11703-pmm | Keith E. Carson and Kathy Ann Carson | | |
| | | | *Party represented:* | *cr* | *Fulton Bank NA* |

| 13 | amc | 18-11793-amc | Alexandra Kue | | |
| | | | *Party represented:* | *cr* | *Cenlar* |

| 13 | amc | 18-12043-amc | Hubert White and Christa White | | |
| | | | *Party represented:* | *cr* | *THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2005-BC4* |

| 13 | amc | 18-12083-amc | Jason Edward Lee and Vermena Lee | | |
| | | | *Party represented:* | *cr* | *Navy Federal Credit Union* |

| 13 | elf | 18-12176-elf | Marjorie B Connor | | |
| | | | *Party represented:* | *cr* | *Bayview Loan Servicing, LLC, a Delaware Limited Liability Company* |

| 13 | pmm | 18-12321-pmm | Carlos Javier Pacheco | | |
| | | | *Party represented:* | *cr* | *CALIBER HOME LOANS, INC.* |

| 13 | mdc | | Issue 1638 George Conte | | |
| | | | Party represented: | cr | *LSF9 Master Participation Trust* |
| | | | Party represented: | cr | *LSF9 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer* |
| 13 | elf | 18-12408-elf | Tracy N Richardson | | |
| | | | Party represented: | cr | *BANK OF AMERICA, N.A.* |
| | | | Party represented: | cr | *BANK OF AMERICA, N.A.,* |
| | | | Party represented: | cr | *Bank of America, N.A.* |
| 13 | amc | 18-12443-amc | Timothy D. Titus and Candace L. Titus | | |
| | | | Party represented: | cr | *Caliber Home Loans, Inc.* |
| 13 | mdc | 18-12579-mdc | Konswella Bentley | | |
| | | | Party represented: | cr | *Flagstar Bank, FSB as servicer for Pingora Loan Servicing, LLC* |
| | | | Party represented: | cr | *Pingora Loan Servicing, LLC* |
| 13 | mdc | 18-12956-mdc | Raymond E. Fisher, Jr and Anne M. Fisher | | |
| | | | Party represented: | cr | *Bayview Loan Servicing, LLC, A Delaware Limited Liability Company* |
| 13 | pmm | 18-13138-pmm | Rafe H. Zeyher and Lynn M. Zeyher | | |
| | | | Party represented: | cr | *Home Point Financial Corporation* |
| 13 | mdc | 18-13947-mdc | Stacy A McCauley Cooney | | |
| | | | Party represented: | cr | *Nationstar Mortgage LLC D/B/A Mr. Cooper* |
| 13 | pmm | 18-13955-pmm | Lucian M Haas and Meredith A Haas | | |
| | | | Party represented: | cr | *Caliber Home Loans, Inc.* |
| 13 | pmm | 18-14329-pmm | Joseph L. Fryzol | | |
| | | | Party represented: | cr | *Citizens Bank of PA* |
| 13 | mdc | 18-14767-mdc | Igor Kutovoy | | |
| | | | Party represented: | cr | *EverBank* |

| 13 | mdc | 18-14377-mdc | Peter Kubera | | |
| | | Party represented: | | *cr* | *TIPA Bank* |

| 13 | mdc | 18-14829-mdc | Jason R Miller | | |
| | | *Party represented:* | | *cr* | *Fulton Bank, N.A.* |

| 13 | pmm | 18-15132-pmm | Glen Miller | | |
| | | *Party represented:* | | *cr* | *HSBC Bank USA, N.A.* |

| 13 | amc | 18-15188-amc | Tonya Elizabeth Fountaine | | |
| | | *Party represented:* | | *cr* | *American Advisors Group* |

| 13 | mdc | 18-15203-mdc | John William Pleasant | | |
| | | *Party represented:* | | *cr* | *Live Well Financial Inc.* |
| | | *Party represented:* | | *cr* | *Reverse Mortgage Funding, LLC* |

| 13 | pmm | 18-15544-pmm | Elyse Kernan | | |
| | | *Party represented:* | | *cr* | *Branch Banking Trust and Company* |

| 13 | amc | 18-15590-amc | Lori Kaupas and Mark G Kaupas | | |
| | | *Party represented:* | | *cr* | *Pingora Loan Servicing, LLC* |

| 13 | mdc | 18-15693-mdc | Charles Baxter, Sr. | | |
| | | *Party represented:* | | *cr* | *LAKEVIEW LOAN SERVICING* |

| 13 | mdc | 18-15884-mdc | Robin Ferebee | | |
| | | *Party represented:* | | *cr* | *Municipal Employees Credit Union of Baltimore, Inc.* |

| 13 | elf | 18-15978-elf | Christopher J. Reardon | | |
| | | *Party represented:* | | *cr* | *LAKEVIEW LOAN SERVICING* |

| 13 | mdc | 18-16369-mdc | Heather Ann Brash and Christopher John Brash | | |
| | | *Party represented:* | | *cr* | *HSBC Bank USA, N.A.* |

| 13 | elf | 18-16842-elf | Nathaniel H. Stowe, Jr. | | |
| | | *Party represented:* | | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |

| 13 | elf | 18-13387-mdc | Nathan D. Bowers |  | |
| | | | *Party represented:* | | *PennyMac Financial, LLC* |

| 13 | pmm | 18-17005-pmm | David T. Gangwer and Wendy J. Gangwer | | |
| | | | *Party represented:* | *cr* | *Fifth Third Bank, National Association as Successor by Merger to MB Financial* |

| 13 | mdc | 18-17258-mdc | Laura A. Farris | | |
| | | | *Party represented:* | *cr* | *Navy Federal Credit Union* |

| 13 | pmm | 18-17530-pmm | Brian K. McPherson and Kelly A. McPherson | | |
| | | | *Party represented:* | *cr* | *Weichert Financial Services* |

| 13 | mdc | 18-17919-mdc | David Hutchinson Sergas | | |
| | | | *Party represented:* | *cr* | *Citizens Bank, N.A.* |

| 13 | elf | 18-18175-elf | Felix Charles | | |
| | | | *Party represented:* | *cr* | *Lakeview Loan Servicing, LLC.* |

| 13 | elf | 18-18489-elf | Angela T Panusky | | |
| | | | *Party represented:* | *cr* | *Navy Federal CU* |
| | | | *Party represented:* | *cr* | *Navy Federal Credit Union* |

| | mdc | 19-00163-mdc | Andrew v. Flagstar Bank, FSB et al | | |
| | | | *Party represented:* | *cr* | *Caliber Home Loans, Inc.* |
| | | | *Party represented:* | *dft* | *Caliber Home Loans* |

7/17/2020

| | mdc | 19-00205-mdc | James Taylor v. Reverse Mortgage Funding, LLC | | |
| | | | *Party represented:* | *dft* | *Reverse Mortgage Funding, LLC* |

| 13 | amc | 19-10057-amc | Christine King | | |
| | | | *Party represented:* | *cr* | *Home Point Financial* |

| 13 | elf | 19-10154-elf | Wayne Leslie Horn and Sharon Lee Horn | | |
| | | | *Party represented:* | *cr* | *TIAA, FSB* |

| 7 | mdc | 19-01887-mdc | America's Servicing Company | | Bayview Loan Servicing, LLC. |
| | | | *Party represented:* | *cr* | |

| 13 | pmm | 19-10345-pmm | Joseph A. Perrucci and Crystal L. Perrucci | | |
| | | | *Party represented:* | *cr* | *Fulton Bank, N.A.* |

| 13 | mdc | 19-10548-mdc | Vernon D. Ackridge | | |
| | | | *Party represented:* | *cr* | *EverBank* |
| | | | *Party represented:* | *cr* | *TIAA, FSB* |

| 13 | pmm | 19-10606-pmm | Iryne Carrasquillo | | |
| | | | *Party represented:* | *cr* | *Lakeview Loan Servicing, LLC.* |

| 13 | elf | 19-10758-elf | Marcie A. Dover | | |
| | | | *Party represented:* | *cr* | *State Farm Bank* |

| 13 | mdc | 19-10814-mdc | Robert G. Williams | | |
| | | | *Party represented:* | *cr* | *Carrington Mortgage Services, LLC* |

| 13 | elf | 19-10852-elf | Phyilica E. Marshall | | |
| | | | *Party represented:* | *cr* | *Lakeview Loan Servicing, LLC.* |

| 13 | mdc | 19-10968-mdc | Kenny Marcelin | | |
| | | | *Party represented:* | *cr* | *Navy Federal CU* |
| | | | *Party represented:* | *cr* | *Navy Federal Credit Union* |

| 13 | elf | 19-11071-elf | William E Covington and Seneca Covington | | |
| | | | *Party represented:* | *cr* | *American Advisors Group* |

| 13 | amc | 19-11124-amc | Allan Rell and Phyllis Y Rell | | |
| | | | *Party represented:* | *cr* | *LSF10 Master Participation Trust* |
| | | | *Party represented:* | *cr* | *Liberty Home Equity Solutions, Inc.* |

| 13 | amc | 19-11241-amc | Jonathan Boyer | | |
| | | | *Party represented:* | *cr* | *Bayview Loan Servicing, LLC* |

| 13 | pmm | 19-11257-pmm | Bradley L. Alexander | | |
| | | | *Party represented:* | *cr* | *Texas Capital Bank, N.A.* |

| 13 | pmm | 19-11362-pmm | Christine Nelson | | |
| | | | *Party represented:* | *cr* | *CITIZENS BANK NA f/k/a RBS CITIZENS NA* |
| | | | *Party represented:* | *cr* | *Citizens Bank, N.A.* |

| 13 | elf | 19-11386-elf | Robert A. LaRosa | | |
| | | | *Party represented:* | *cr* | *THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME* |

| 13 | pmm | 19-11614-pmm | Rachel A. Brown | | |
| | | | *Party represented:* | *cr* | *Truist Bank f/k/a Branch Banking and Trust* |

| 13 | elf | 19-11718-elf | Morgan Brown, Jr | | |
| | | | *Party represented:* | *cr* | *LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC* |

| 13 | pmm | 19-12044-pmm | Katrina Dillman | | |
| | | | *Party represented:* | *cr* | *FULTON BANK NA* |

| 13 | amc | 19-12065-amc | Christy McVey | | |
| | | | *Party represented:* | *cr* | *Village Capital & Investment, LLC* |

| 13 | amc | 19-12090-amc | Shaheedah Saalim | | |
| | | | *Party represented:* | *cr* | *The Bryn Mawr Trust Company* |

| 13 | amc | 19-12159-amc | Christine Heiler | | |
| | | | *Party represented:* | *cr* | *LSF10 MASTER PARTICIPATION TRUST* |

| 13 | mdc | 19-12250-mdc | Gordon Goehler and Catherine Goehler | | |
| | | | *Party represented:* | *cr* | *Reverse Mortgage Funding, LLC* |

| 13 | pmm | 19-12255-pmm | Nicole Marie Nemeth | | |
| | | | *Party represented:* | *cr* | *LOANCARE, LLC* |

| 13 | elf | 19-13613-elf | Leonard R. Smith | | *Citimortgage, Inc.* |
| | | *Party represented:* | | *cr* | |

| 13 | amc | 19-12262-amc | Ruth Mathieu-Alce | | |
| | | *Party represented:* | | *cr* | *Village Capital & Investment, LLC* |

| 13 | elf | 19-12317-elf | David Miller | | |
| | | *Party represented:* | | *cr* | *Sun East Federal Credit Union* |

| 13 | amc | 19-12322-amc | Leroy L Watson | | |
| | | *Party represented:* | | *cr* | *Specialized Loan Servicing, LLC* |

| 13 | amc | 19-12544-amc | Catherine Cunningham | | |
| | | *Party represented:* | | *cr* | *Finance of America Reverse, LLC* |

| 13 | elf | 19-12588-elf | Hadia A Ahmed | | |
| | | *Party represented:* | | *cr* | *LoanCare, LLC* |

| 13 | pmm | 19-12721-pmm | Diane Lynn Gordian | | |
| | | *Party represented:* | | *cr* | *Village Capital & Investment, LLC* |

| 13 | mdc | 19-12860-mdc | Beverly James Taylor | | |
| | | *Party represented:* | | *cr* | *Reverse Mortgage Funding LLC* |

| 13 | pmm | 19-13004-pmm | Anthony M. Reduzzi and Stephanie A. Reduzzi | | |
| | | *Party represented:* | | *cr* | *FULTON BANK, N.A.* |
| | | *Party represented:* | | *cr* | *Fulton Bank, N.A.* |
| | | *Party represented:* | | *cr* | *Lafayette Ambassador Bank* |

| 13 | pmm | 19-13105-pmm | Joseph R. Gianato and Rosemary J. Gianato | | |
| | | *Party represented:* | | *cr* | *Fifth Third Bank as Successor by Merger to MB Financial* |
| | | *Party represented:* | | *cr* | *Fifth Third Bank as Successor by Merger to MB, Financial or its Successor or Assignee* |
| | | *Party represented:* | | *cr* | *Fifth Third Bank, National Association* |

| 13 | pmm | 19-13087-mdc | Andrea Moore-Full | cr | *Furqan I. Namin* |
|----|-----|--------------|-------------------|----|------------------|

| 13 | elf | 19-13186-elf | William S Smith and Suzann Smith | | |
|----|-----|--------------|-------------------------------------|----|----|
|    |     | Party represented: | | cr | *Pingora Loan Servicing, LLC* |

| 13 | pmm | 19-13450-pmm | Kathleen Theresa Pintabone | | |
|----|-----|--------------|-----------------------------|----|----|
|    |     | Party represented: | | cr | *LoanCare, LLC as servicer for Stearns Lending, LLC* |
|    |     | Party represented: | | cr | *Stearns Lending, LLC* |

| 13 | mdc | 19-13498-mdc | Cindy C Nevling | | |
|----|-----|--------------|------------------|----|----|
|    |     | Party represented: | | cr | *LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC* |

| 13 | elf | 19-13506-elf | Bryant Lee Phillips | | |
|----|-----|--------------|----------------------|----|----|
|    |     | Party represented: | | cr | *Bayview Loan Servicing, LLC, as servicer for Federal National Mortgage Association* |

| 13 | pmm | 19-13924-pmm | Justin W. Montgomery and Jayne Montgomery | | |
|----|-----|--------------|--------------------------------------------|----|----|
|    |     | Party represented: | | cr | *1st Alliance Lending, LLC* |
|    |     | Party represented: | | cr | *LoanCare, LLC as servicer for 1st Alliance Lending, LLC* |
|    |     | Party represented: | | cr | *THE MONEY SOURCE INC.* |

| 13 | mdc | 19-14000-mdc | Clarence W Faulk | | |
|----|-----|--------------|-------------------|----|----|
|    |     | Party represented: | | cr | *Cenlar FSB* |

| 13 | elf | 19-14018-elf | Tracey L. Gatte | | |
|----|-----|--------------|------------------|----|----|
|    |     | Party represented: | | cr | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
|    |     | Party represented: | | cr | *U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust* |

| 13 | mdc | 19-14305-mdc | Sandra L. Hudson | | |
|----|-----|--------------|-------------------|----|----|
|    |     | Party represented: | | cr | *American Advisors Group* |

| 13 | pmm | 19-14663-pmm | Stephen William Zych | | |
|----|-----|--------------|-----------------------|----|----|
|    |     | Party represented: | | cr | *LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC* |

| 13 | mdc | 19-14691-mdc | Nina Haining Jiang | | |
| | | | *Party represented:* | *cr* | *CitiMortgage, Inc.* |

| 13 | amc | 19-14717-amc | Anibal Calle | | |
| | | | *Party represented:* | *cr* | *THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2005-J12 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-J12* |

| 13 | mdc | 19-14854-mdc | Ryan Liguori Todt | | |
| | | | *Party represented:* | *cr* | *CITIZENS BANK NA f/k/a RBS CITIZENS NA* |

| 13 | mdc | 19-14899-mdc | David R. Tyler | | |
| | | | *Party represented:* | *cr* | *Citizens Bank of Pennsylvania* |
| | | | *Party represented:* | *cr* | *Citizens Bank, N.A.* |

| 13 | elf | 19-15139-elf | Yolanda Caraballo | | |
| | | | *Party represented:* | *cr* | *TIAA, FSB, FORMERLY KNOWN AS EVERBANK* |

| 13 | amc | 19-15142-amc | Belinda Marie Crawley | | |
| | | | *Party represented:* | *cr* | *LSRMF MH Master Participation Trust II* |

| 13 | elf | 19-15319-elf | Sammy Mendez | | |
| | | | *Party represented:* | *cr* | *Flagstar Bank, FSB* |

| 13 | mdc | 19-15487-mdc | Nancy C. Rudolph | | |
| | | | *Party represented:* | *cr* | *LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC.* |

| 13 | mdc | 19-15519-mdc | Paul G. Simmons | | |
| | | | *Party represented:* | *cr* | *Lakeview Loan Servicing, LLC.* |
| | | | *Party represented:* | *cr* | *LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC.* |

| 13 | mdc | 19-15605-mdc | Joyce Shaw and Quiencey Shaw | | |
| | | | *Party represented:* | *cr* | *Flagstar Bank, FSB* |

| 13 | mdc | | Joe Loretta Burch | | |

*Party represented:* *Rightpath Funding LLC*

---

| 13 | mdc | 19-15790-mdc | Charles A Mann, III and Maria Teresa Mann | | |

*Party represented:*          *cr*          *Bank of America, N.A.*

---

| 13 | amc | 19-16105-amc | Jenna Shomo | | |

*Party represented:*          *cr*          *Citizens Bank, N.A. f/k/a RBS Citizens N.A.*

---

| 13 | amc | 19-16124-amc | Arnett A Woodall | | |

*Party represented:*          *cr*          *LSF11 Master Participation Trust*

---

| 13 | pmm | 19-16220-pmm | Hector Diaz | | |

*Party represented:*          *cr*          *Home Point Financial Corporation*

---

| 13 | elf | 19-16257-elf | Richard E. Longo, Jr. | | |

*Party represented:*          *cr*          *Home Point Financial Corporation*

---

| 13 | amc | 19-16260-amc | John Leone | | |

*Party represented:*          *cr*          *LAKEVIEW LOAN SERVICING, LLC*

*Party represented:*          *cr*          *LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC.*

---

| 13 | amc | 19-16323-amc | Ruth Etienne | | |

*Party represented:*          *cr*          *BANK OF AMERICA, N.A.*

---

| 13 | pmm | 19-16461-pmm | Christina Moyer | | |

*Party represented:*          *cr*          *Fulton Bank, N.A*

---

| 13 | elf | 19-16527-elf | Angela Jeneen Alston-Roberts | | |

*Party represented:*          *cr*          *BANK OF AMERICA, N.A.*

---

| 13 | mdc | 19-16594-mdc | Robert L. Wittman, Jr. | | |

*Party represented:*          *cr*          *Pingora Loan Servicing, LLC*

---

| 13 | elf | 19-16657-elf | Madelyn C. Gaw | | |

*Party represented:*          *cr*          *RMK Financial Corp. D/B/A Majestic Home Loan*

---

| 13 | amc | 19-16731-pmm | Philip Comero |
| | | Party represented: | Lorraine Comero |

| 13 | pmm | 19-16731-pmm | Linda Kathleen Camuso and Edward Achillie Camuso |
| | | Party represented: | cr | BANK OF AMERICA, N.A. |

| 13 | mdc | 19-16736-mdc | Michael C. Wiggle and Erin B. Wiggle |
| | | Party represented: | cr | AmeriHome Mortgage Company, LLC |

| 13 | mdc | 19-16765-mdc | Claudia A. Nesmith |
| | | Party represented: | cr | PHH Loan Servicing |

| 13 | amc | 19-16776-amc | Asia M.  Keomanivanh |
| | | Party represented: | cr | LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC |

| 13 | elf | 19-16861-elf | Jennifer Renee Ballard |
| | | Party represented: | cr | BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY |
| | | Party represented: | cr | Bayview Loan Servicing LLC |
| | | Party represented: | cr | Community Loan Servicing, LLC |

| 13 | amc | 19-16905-amc | Craig R. Hechler and Joanne K. Hechler |
| | | Party represented: | cr | CALIBER HOME LOANS, INC. |

| 13 | mdc | 19-16906-mdc | Jose Cruz |
| | | Party represented: | cr | CMG Mortgage, Inc. |

| 13 | elf | 19-17065-elf | John J Liberty and Michelle A Liberty |
| | | Party represented: | cr | CALIBER HOME LOANS, INC. |

| 13 | amc | 19-17094-amc | Theresa A. Molitor |
| | | Party represented: | cr | LSRMF MH Master Participation Trust II |

| 13 | amc | 19-17158-amc | Geoffrey Phillip Ostrowski |
| | | Party represented: | cr | CITIZENS BANK NA f/k/a RBS CITIZENS NA |

| 13 | pmm | 19-16887-mdc | Richard D Carroll | | |
| | | Party represented: | | cr | LSF9 MASTER PARTICIPATION TRUST |
| | | Party represented: | | cr | LSF9 Master Participation Trust |

| 13 | pmm | 19-17197-pmm | Sean Jenkins | | |
| | | Party represented: | | cr | American Neighborhood Mortgage Acceptance Company, LLC |

| 13 | pmm | 19-17262-pmm | Michael Steven Johnson and Jamie Shiner Johnson | | |
| | | Party represented: | | cr | CALIBER HOME LOANS, INC. |

| 13 | mdc | 19-17364-mdc | John A Campbell | | |
| | | Party represented: | | cr | MATRIX FINANCIAL SERVICES CORP. |

| 13 | elf | 19-17561-elf | Kareem T. Lawrence, Sr. | | |
| | | Party represented: | | cr | Mid America Mortgage, LLC |

| 13 | amc | 19-17672-amc | Terrance Waller | | |
| | | Party represented: | | cr | Carrington Mortgage Services, LLC |

| 13 | elf | 19-17720-elf | Jerard M. Johnson | | |
| | | Party represented: | | cr | Flagstar Bank, FSB as servicer for Pingora Loan Servicing, LLC |
| | | Party represented: | | cr | PINGORA LOAN SERVICING, LLC |

| 13 | elf | 19-17738-elf | Joseph A Panebianco | | |
| | | Party represented: | | cr | WILMINGTON SAVINGS FUND SOCIETY, FSB, as trustee of FINANCE OF AMERICA STRUCTURED SECURITIES ACQUISITION TRUST 2018-HB1 |

| 13 | amc | 19-17816-amc | Timothy W. Brisbane | | |
| | | Party represented: | | cr | PennyMac Loan Services, LLC |

| 13 | pmm | 19-17884-pmm | Peter M. Soulidis | | |
| | | Party represented: | | cr | Fulton Bank, N.A. |

| 13 | amc | 19-17965-amc | Evelyne Apollon | | |
| | | Party represented: | | cr | Citizens Bank of PA |

| 13 | pmm | 19-16188-mdc | Scott A Donohue and Heather Donohue | Caliber Home Loans, Inc. |
|---|---|---|---|---|
| | | | *Party represented:* | *Caliber Home Loans, Inc.* |

| | mdc | 20-00248-mdc | Cooper v. Reverse Mortgage Funding LLC | |
|---|---|---|---|---|
| | | | *Party represented:* *dft* | *Reverse Mortgage Funding LLC* |

| 13 | amc | 20-10027-amc | Vernon A. Wardle, Jr. and Sandra L Wardle | |
|---|---|---|---|---|
| | | | *Party represented:* *cr* | *LSF11 Master Participation Trust* |

| 13 | mdc | 20-10033-mdc | Chris Michael Hiel, Jr. | |
|---|---|---|---|---|
| | | | *Party represented:* *cr* | *Lakeview Loan Servicing, LLC* |
| | | | *Party represented:* *cr* | *LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC* |

| 13 | elf | 20-10102-elf | Marie T. Jerome | |
|---|---|---|---|---|
| | | | *Party represented:* *cr* | *Bank of New York Mellon Trust Company, N.A. as Trustee for Mortgage Assets Management Series I Trust* |

| 13 | pmm | 20-10106-pmm | Tizsa Marie Mink | |
|---|---|---|---|---|
| | | | *Party represented:* *cr* | *Caliber Home Loans, Inc.* |

| 13 | mdc | 20-10148-mdc | Gary T Chiazza | |
|---|---|---|---|---|
| | | | *Party represented:* *cr* | *Bayview Loan Servicing, LLC* |

| 13 | elf | 20-10263-elf | Bernice W Ross and Rodney Ross | |
|---|---|---|---|---|
| | | | *Party represented:* *cr* | *LoanDepot.com, LLC* |

| 13 | pmm | 20-10283-pmm | Glenn E. Miller | |
|---|---|---|---|---|
| | | | *Party represented:* *cr* | *LSF11 Master Participation Trust* |

| 13 | elf | 20-10295-elf | Gale C. Bonacci | |
|---|---|---|---|---|
| | | | *Party represented:* *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |

| 13 | pmm | 20-10356-pmm | Alfred G. Khallouf and Elsi G. Khallouf | |
|---|---|---|---|---|
| | | | *Party represented:* *cr* | *PENNYMAC LOAN SERVICES, LLC* |
| | | | *Party represented:* *cr* | *Pennymac Loan Services, LLC* |

| 13 | pmm | 20-13087-mdc | Nicole Powell | | |
| | | | Party represented: | cr | *BANK OF AMERICA, N.A.* |

| 13 | pmm | 20-10381-pmm | Giselle Lewis-Mcgregor | | |
| | | | Party represented: | cr | *Caliber Home Loans, Inc.* |

| 13 | mdc | 20-10436-mdc | Shoshanna Cheeseboro | | |
| | | | Party represented: | cr | *CITIZENS BK OF PENNSYLVANIA* |

| 13 | mdc | 20-10543-mdc | Lorna Majetta Rose | | |
| | | | Party represented: | cr | *Flagstar Bank, FSB* |

| 13 | amc | 20-10678-amc | Harold Evans | | |
| | | | Party represented: | cr | *LSF10 Master Participation Trust* |

| 13 | elf | 20-10679-elf | Shanita D. Outing | | |
| | | | Party represented: | cr | *American Advisors Group* |

| 13 | amc | 20-10689-amc | Francis Lee | | |
| | | | Party represented: | cr | *LSF9 Master Participation Trust* |

| 13 | amc | 20-10695-amc | Delores Steer | | |
| | | | Party represented: | cr | *LSRMF MH Master Participation Trust II* |

| 13 | mdc | 20-10717-mdc | Leslie Cooper | | |
| | | | Party represented: | cr | *Reverse Mortgage Funding LLC* |

| 13 | amc | 20-10746-amc | Kathleen M. McKenna | | |
| | | | Party represented: | cr | *FINANCE OF AMERICA REVERSE LLC* |
| | | | Party represented: | cr | *WILMINGTON SAVINGS FUND SOCIETY, FSB, as trustee of FINANCE OF AMERICA STRUCTURED SECURITIES ACQUISITION TRUST 2018-HB1* |

| 13 | amc | 20-10779-amc | Katerra Snead-Jenerette | | |
| | | | Party represented: | cr | *BANK OF AMERICA, N.A.* |

| 13 | pmm | 20-10784-pmm | Anastasia Netrebov | | |
| | | | Party represented: | cr | *FLAGSTAR BANK, FSB* |

| 13 | pmm | 20-10387-mdc Anastasia Petrov | | |
| | | Party represented: | cr | *LakeView Loan Servicing, LLC* |

| 13 | amc | 20-10789-amc | Scott W. Kelley and Amy J. Kelley | |
| | | Party represented: | cr | *THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-33CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-33CB* |

| 13 | amc | 20-10799-amc | Kevin M Bove | |
| | | Party represented: | cr | *Navy Federal Credit Union* |

| 13 | elf | 20-10930-elf | Keisha Marshall | |
| | | Party represented: | cr | *American Financial Resources, Inc., a New Jersey Corporation* |

| 13 | amc | 20-11120-amc | Dennis Dela Cruz Fabian | |
| | | Party represented: | cr | *Weichert Financial Services* |

| 13 | mdc | 20-11161-mdc | Edward V. Weis | |
| | | Party represented: | cr | *Pennymac Loan Services, LLC* |

| 13 | amc | 20-11233-amc | Christopher M. Graney | |
| | | Party represented: | cr | *CITIZENS BANK NA f/k/a RBS CITIZENS NA* |

| 13 | amc | 20-11348-amc | Paul W Winter, Jr | |
| | | Party represented: | cr | *LSF9 Master Participation Trust* |

| 13 | pmm | 20-11367-pmm | Alycia Tosado | |
| | | Party represented: | cr | *American Neighborhood Mortgage Acceptance Company, LLC* |

| 13 | pmm | 20-11435-pmm | Dennis Allen Biechy and Nancy Lillian Biechy | |
| | | Party represented: | cr | *LoanCare, LLC* |

| 13 | mdc | 20-11457-mdc | Walter Hudson and Charlene Hudson | |
| | | Party represented: | cr | *LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC* |

| 7 | mdc | 20-11528-mdc | Janet B. Lalumera | |
| | | Party represented: | cr | *Bank of New York Mellon Trust Company, N.A. as Trustee for Mortgage Assets Management Series I Trust* |

| 13 | pmm | 20-11667-amc | Angelos M. Roccograndi | | *Homesale Financial Services, Inc.* |
|----|-----|--------------|------------------------|---|-------------------------------------|
| | | | *Party represented:* | | |

| 13 | amc | 20-11667-amc | Walter M. Perdue, Jr. | | |
|----|-----|--------------|----------------------|---|---|
| | | | *Party represented:* | *cr* | *LSF9 Master Participation Trust* |

| 13 | elf | 20-11786-elf | Darrell R Spurlock, Jr. and Carrie C Spurlock | | |
|----|-----|--------------|-----------------------------------------------|---|---|
| | | | *Party represented:* | *cr* | *Navy Federal Credit Union* |

| 13 | amc | 20-11807-amc | Tracy L Brown | | |
|----|-----|--------------|---------------|---|---|
| | | | *Party represented:* | *cr* | *LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC* |

| 7 | pmm | 20-11881-pmm | Amy E. Rawcliffe | | |
|---|-----|--------------|------------------|---|---|
| | | | *Party represented:* | *cr* | *Pingora Loan Servicing, LLC* |

| 13 | amc | 20-11882-amc | Ivan Guzman | | |
|----|-----|--------------|-------------|---|---|
| | | | *Party represented:* | *cr* | *CITIZENS BANK NA f/k/a RBS CITIZENS NA* |

| 13 | mdc | 20-12017-mdc | Roosevelt Crapps, Jr. | | |
|----|-----|--------------|----------------------|---|---|
| | | | *Party represented:* | *cr* | *Firstrust Bank* |

| 13 | mdc | 20-12061-mdc | Robert J Kirkner and Anna M Kirkner | | |
|----|-----|--------------|-------------------------------------|---|---|
| | | | *Party represented:* | *cr* | *Navy Federal Credit Union* |

| 13 | pmm | 20-12128-pmm | Gregory Scott Long and Laura Marie Long | | |
|----|-----|--------------|------------------------------------------|---|---|
| | | | *Party represented:* | *cr* | *Lakeview Loan Servicing LLC* |
| | | | *Party represented:* | *cr* | *LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC* |

| 13 | pmm | 20-12166-pmm | Yoan Henriquez | | |
|----|-----|--------------|----------------|---|---|
| | | | *Party represented:* | *cr* | *Pingora Loan Servicing, LLC* |

| 13 | pmm | 20-12189-pmm | Victoria Louise Santangelo | | |
|----|-----|--------------|----------------------------|---|---|
| | | | *Party represented:* | *cr* | *Fulton Bank, N.A.* |

| 13 | pmm | 20-12212-pmm | Thomas J. Beam and Kelly L. Beam | | |
|----|-----|--------------|-----------------------------------|---|---|
| | | | *Party represented:* | *cr* | *AmeriHome Mortgage Company, LLC* |

| 13 | amc | 20-12387-mdc | Donnell G. Jefferson | | |
| | | | Party represented: | cr | LSRMF MH Master Participation Trust |

| 13 | pmm | 20-12414-pmm | Virginia Formica and Joseph Anthony Formica | | |
| | | | Party represented: | cr | LSRMF MH Master Participation Trust II |

| 13 | amc | 20-12419-amc | Regina P Wilson | | |
| | | | Party represented: | cr | COMMUNITY LOAN SERVICING, LLC |

| 13 | mdc | 20-12564-mdc | Willie B. Hunter | | |
| | | | Party represented: | cr | Bank of New York Mellon Trust Company, N.A. as Trustee for Mortgage Assets Management Series I Trust |

| 13 | elf | 20-12703-elf | Donnell B. Simon | | |
| | | | Party represented: | cr | Ally Bank |

| 13 | elf | 20-12707-elf | Lynn M. Gable | | |
| | | | Party represented: | cr | PENNYMAC LOAN SERVICES, LLC |

| 13 | elf | 20-12746-elf | Ertan Erden | | |
| | | | Party represented: | cr | PennyMac Loan Services, LLC |

| 7 | pmm | 20-12759-pmm | Crystal C. Glacken | | |
| | | | Party represented: | cr | Fulton Bank, N.A. |

| 13 | mdc | 20-12764-mdc | Joseph M. Lombardo, Jr. | | |
| | | | Party represented: | cr | Lakeview Loan Servicing, LLC |

| 13 | amc | 20-12858-amc | Michelle Robertson and Joann Robertson | | |
| | | | Party represented: | cr | Lakeview Loan Servicing, LLC |

| 13 | elf | 20-12884-elf | Terrell V. Stokes and Susan M. Stokes | | |
| | | | Party represented: | cr | Lakeview Loan Servicing, LLC |

| 7 | pmm | 20-13269-pmm | David D. Fisher and Donna Fisher | | |
| | | | Party represented: | cr | LSF9 Master Participation Trust |

| 13 | amc | 20-13482-amc | Michael J Riley and Bonnie M Riley | | |
| | | | Party represented: | cr | TRUIST BANK |

| 13 | elf | 20-13679-elf | Bernard P Petrocelli | | |
| | | Party represented: | | cr | FULTON BANK, N.A. |

| 13 | pmm | 20-13914-pmm | Michael A. Hardy | | |
| | | Party represented: | | cr | PennyMac Loan Services, LLC |

| 13 | elf | 20-14002-elf | Neal R Hood | | |
| | | Party represented: | | cr | Lakeview Loan Servicing, LLC |

| 13 | elf | 20-14005-elf | Brandon W. Weiss | | |
| | | Party represented: | | cr | LoanCare, LLC |

| 7 | pmm | 20-14174-pmm | Elizabeth Amador | | |
| | | Party represented: | | cr | LoanCare, LLC |

| 13 | pmm | 20-14245-pmm | Kirk A. Lawhead and Amanda Lynn Lawhead | | |
| | | Party represented: | | cr | Carrington Mortgage Services, LLC |

| 13 | pmm | 20-14317-pmm | Michael Edward Folajtar and Anabela Miranda Folajtar | | |
| | | Party represented: | | cr | PennyMac Loan Services, LLC |

| 13 | mdc | 20-14479-mdc | Michael W Harris | | |
| | | Party represented: | | cr | LoanDepot.com, LLC |

| 13 | pmm | 20-14530-pmm | Kevin J. Lee | | |
| | | Party represented: | | cr | LoanCare, LLC as servicer for Arc Home LLC |

| 13 | pmm | 20-14630-pmm | Dennis R. Karalfa and Linda J. Karalfa | | |
| | | Party represented: | | cr | BANK OF AMERICA, N.A. |

| 13 | pmm | 20-14862-pmm | Sadie-Ann Goulbourne and Michael Goulbourne | | |
| | | Party represented: | | cr | Lakeview Loan Servicing, LLC |
| | | Party represented: | | cr | LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC |

| 7 | elf | 21-10070-elf | Maurico F Gutierrez | | |
| | | Party represented: | | cr | First Trust Bank |