United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-13387-mdc |
| Koron J. English | Chapter 13 |
| Kereba G. English | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 16, 2021 | Form ID: 138NEW | Total Noticed: 59 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Koron J. English, Kereba G. English, 19 E. Montana Street, Philadelphia, PA 19119-2211 |
| cr | + | PRA Receivables Management, LLC, PO Box 14067, Norfolk, VA 23518-0067 |
| 13726586 | | CAC Financial Corp., 2601 NW Expressway, Suite 1000 East, Oklahoma City, OK 73112-7236 |
| 13769975 | | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 13726595 | | Credit First, N.A. (Tires Plus), PO Box 81410, Cleveland, OH 44181-0410 |
| 14161606 | + | Diana M. Dixon, Esq., 107 N. Broad Street, Suite 307, Doylestown, PA 18901-3755 |
| 13934506 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 13726597 | | Fifth Third Bank, PO Box 63900 CC 3110, Cincinnati, OH 45263-0900 |
| 13737607 | + | Fifth Third Bank, PO Box 9013, Addison, TX 75001-9013 |
| 13726598 | | Great Lakes, PO Box 7860, Madison, WI 53707-7860 |
| 13726603 | + | Mercantile Adjustment Bureau, LLC, 165 Lawrence Bell Drive, Suite 100, Buffalo, NY 14221-7900 |
| 13781525 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 13840453 | + | NATIONSTAR MORTGAGE LLC, c/o THOMAS I. PULEO, KML Law Group, P.C., 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 13732706 | + | NATIONSTAR MORTGAGE LLC, c/o ANDREW F GORNALL, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13726604 | + | Nationstar Mortgage, PO Box 619094, Dallas, TX 75261-9094 |
| 13731484 | + | Philadelphia Federal Credit Union, 12800 Townsend Rd, Phila., PA 19154-1095 |
| 13726608 | + | Philadelphia Federal Credit Union, 12800 Townsend Road, Philadelphia, PA 19154-1095 |
| 13806288 | + | Philadelphia Federal Credit Union, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 13726607 | + | Philadelphia Federal Credit Union, PO Box 77404, Trenton, NJ 08628-6404 |
| 13751885 | + | Philadelphia Federal Credit Union, c/o ALEXANDRA T. GARCIA, McCabe, Weisberg & Conway, P.C., 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 13726609 | + | Pioneer Credit Recovery, Inc., PO Box 308, Perry, NY 14530-0308 |
| 13802787 | | RED WOLF FUNDING, Xerox Education Services, LLC dba, ACS Education Services, P.O. Box 22724, Long Beach, CA 90801-5724 |
| 13769579 | + | RED WOLF FUNDING on behalf of NSLP, National Student Loan Program, 1300 O Street, Lincoln, NE 68508-1511 |
| 13748639 | | US Department of Education, Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |
| 13742451 | | Wells Fargo Bank, N.A., d/b/a WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14072423 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jun 16 2021 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 16 2021 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

Case 16-13387-mdc  Doc 74  Filed 06/18/21  Entered 06/19/21 00:38:04  Desc Imaged
Certificate of Notice  Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 16, 2021 | Form ID: 138NEW | Total Noticed: 59 |

| | | | | |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 16 2021 23:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 23:49:26 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13726585 | | Email/Text: ally@ebn.phinsolutions.com | Jun 16 2021 23:43:00 | Ally, PO Box 380902, Minneapolis, MN 55438-0902 |
| 13734926 | | Email/Text: ally@ebn.phinsolutions.com | Jun 16 2021 23:43:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 13776590 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 17 2021 00:08:46 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14106298 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 16 2021 23:49:36 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 13735982 | | Email/PDF: rmscedi@recoverycorp.com | Jun 16 2021 23:49:13 | Bureaus Investment Group Portfolio No 15 LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605 |
| 13726591 | | Email/Text: megan.harper@phila.gov | Jun 16 2021 23:45:00 | City of Philadelphia, Department of REvenue, Water Revenue Department, PO Box 41496, Philadelphia, PA 19101-1496 |
| 13726593 | | Email/Text: megan.harper@phila.gov | Jun 16 2021 23:45:00 | City of Philadelphia, Department of Revenue, PO Box 1630, Philadelphia, PA 19105-1630 |
| 13814942 | | Email/Text: megan.harper@phila.gov | Jun 16 2021 23:45:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13726587 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 16 2021 23:49:06 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13754873 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 16 2021 23:49:30 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13754874 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 16 2021 23:49:07 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13726594 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2021 23:44:00 | Comenity Bank (Ideal Image), Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 13726596 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 17 2021 10:33:48 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 13726601 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2021 00:08:13 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 13799813 | | Email/Text: bnc-quantum@quantum3group.com | Jun 16 2021 23:44:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13726599 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2021 23:49:39 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 13726600 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 16 2021 23:43:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13790858 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 17 2021 00:08:11 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13779917 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 16 2021 23:44:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14173350 | + | Email/PDF: pa_dc_claims@navient.com | Jun 16 2021 23:49:37 | Navient Solutions, LLC, 220 Lasley Ave, Wilkes-Barre, PA 18706-1430 |
| 13726605 | | Email/Text: electronicbkydocs@nelnet.net | | |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 16, 2021 | Form ID: 138NEW | Total Noticed: 59 |

| | | | | |
|---|---|---|---|---|
| | | | Jun 16 2021 23:44:00 | Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 13802192 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jun 16 2021 23:49:35 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13726606 | + | Email/Text: bankruptcygroup@peco-energy.com | | |
| | | | Jun 16 2021 23:43:00 | Peco Energy Co., ATTN: Legal Department, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 13761595 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Jun 16 2021 23:44:23 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13731621 | | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Jun 16 2021 23:49:13 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13789463 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jun 16 2021 23:49:26 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |
| 13726610 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jun 16 2021 23:49:27 | Synchrony Bank (Walmart), ATTN: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 13748455 | + | Email/Text: electronicbkydocs@nelnet.net | | |
| | | | Jun 16 2021 23:44:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street Suite 201, Lincoln NE 68508-1911 |
| 13726611 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Jun 16 2021 23:43:00 | Verizon, 500 Technology Drive, Saint Charles, MO 63304-2225 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | ECAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 13726592 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Department of REvenue, Water Revenue Department, PO Box 41496, Philadelphia, PA 19101-1496 |
| 13726588 | * | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13726589 | * | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13726590 | * | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13726602 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 13953340 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 13748452 | ##+ | Nelnet on behalf of ASA, American Student Assistance, 100 Cambridge Street Suite 1600, Boston MA 02114-2518 |

TOTAL: 0 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2021          Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor Philadelphia Federal Credit Union ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com |
| ANDREW F GORNALL | on behalf of Creditor NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| DIANA M. DIXON | on behalf of Debtor Koron J. English dianamdixonesq@gmail.com |
| DIANA M. DIXON | on behalf of Joint Debtor Kereba G. English dianamdixonesq@gmail.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor NATIONSTAR MORTGAGE LLC Josh.Goldman@padgettlawgroup.com  angelica.reyes@padgettlawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Fifth Third Bank bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| LAUREN MOYER | on behalf of Creditor Philadelphia Federal Credit Union ecfmail@ecf.courtdrive.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Fifth Third Bank bkgroup@kmllawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 16

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Koron J. English and Kereba G. English

    Debtor(s)     Bankruptcy No: 16−13387−mdc

Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                      For The Court
                                      Timothy B. McGrath
                                      Clerk of Court

Dated: 6/16/21

                                                        73 − 72
                                                    Form 138_new